IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDDIE TILMON, | ) |
| | ) |
|     Petitioner/Defendant, | ) |
| | ) |
| vs. | )   CIVIL NO. 03-533-GPM |
| | ) |
| UNITED STATES OF AMERICA, | )   CRIMINAL NO. 00-30029-GPM |
| | ) |
|     Respondent/Plaintiff. | ) |

# JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is **DISMISSED** on the merits. Petitioner is to take nothing from this action.


02/15/06                                                    By: s/ G. Patrick Murphy
*Date*                                                           *District Judge*