IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 3/24/06                     CASE NAME: Tilmon vs. USA

CASE NO. : 03-533 GPM

DOCUMENT NO.: 33 & 34             DOCUMENT TITLE: Order and Judgment

One of the following errors/deficiencies has been identified in the document listed above:

X    Other: Documents are duplicates of 31 & 32

## ACTION TAKEN BY CLERK'S OFFICE

X    Docket entry "STRICKEN" as ordered by the Court

## ACTION REQUIRED BY FILER

X    No Further Action Required

                                        Norbert G. Jaworski
                                        Clerk of Court


                                        By: s/Jackie Payton